NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**RASHID EL MALIK,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7201

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 11-2110, Judge Lawrence B. Hagel.

---

## ON MOTION

---

## ORDER

The court treats the informal brief submitted by Rashid El Malik as a motion for leave to file the brief out of time.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted and the brief is accepted for filing. The Secretary of Veterans Affairs should compute his brief due date from the date of filing of this order.

FOR THE COURT

OCT 27 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Rashid El Malik
    Steven M. Mager, Esq.
s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

OCT 27 2011

JAN HORBALY
. CLERK